*MADE JS-6*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**,<br><br>    Plaintiff,<br><br>    v.<br><br>**Farid Shalabi** dba Shalabi Enterprises Partners;<br>**Hafsa Corporation**, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: CV 12-6796-GW(RZx)<br><br>**ORDER** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: October 29, 2012     _/s/ George H. Wu_
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE